PAULINE HEGEL et al., Respondents, *v.* MOHEGAN COLONY, INC.,
Appellant.

Argued March 19, 1942; decided April 23, 1942.

*Israel Ben Scheiber* and *Harry Levy* for appellant.
*Isidore Minkin* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.